IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02316 -PAB-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

LOS INDIOS, INC., d/b/a ALAMOS VERDES RESTAURANTE,

    Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion for Entry of Consent Decree and for Dismissal With Prejudice Subject to Entry of Consent Decree ("Joint Motion") [Docket No. 34].  The parties stipulate that, "[u]pon approval by the Court of the Consent Decree," Docket No. 34 at 1, entered into by the parties, this matter should be dismissed with prejudice subject to the terms of the Consent Decree.  The Court has signed and filed the agreed-upon Consent Decree.  *See* Docket No. 35.  Therefore, it is

**ORDERED** that the Joint Motion [Docket No. 34] is GRANTED.  This case is dismissed with prejudice subject to the terms of the Consent Decree [Docket No. 35].

DATED March 8, 2011.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge